UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP - 3 2020
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARNELL ROBINSON,<br>   a/k/a CARDELL ROBINSON, and<br>JYNELL LUSS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  **4:20CR491 RWS/NCC**<br>)<br>)<br>)<br>) |

## INDICTMENT

### COUNT 1

The Grand Jury charges that:

On or about July 12, 2020, in Jefferson County, within the Eastern District of Missouri,

**CARNELL ROBINSON, a/k/a CARDELL ROBINSON, and
JYNELL LUSS,**

the Defendants herein, aiding and abetting each other, did steal and unlawfully take and carry away from the inventory and premises of Mike's Pawn and Jewelry, a federal firearms licensee, firearms that had traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(u) and 2.

### COUNT 2

The Grand Jury further charges that:

On or about July 13, 2020, in Jefferson County, within the Eastern District of Missouri,

**CARNELL ROBINSON, a/k/a CARDELL ROBINSON, and
JYNELL LUSS,**

the Defendants herein, aiding and abetting each other, did steal and unlawfully take and carry away from the inventory and premises of Top Gun, a federal firearms licensee, firearms that had traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(u) and 2

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
DONALD S. BOYCE, #6282562IL
Assistant United States Attorney